UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.  3-05-70637 BZ |
| Plaintiff(s), ) | |
| ) | |
| v. ) | **ORDER REFERRING CASE TO** |
| ) | **SETTLEMENT CONFERENCE** |
| ) | |
| DAMIEN RAYMOND, ) | |
| ) | |
| Defendant(s). ) | |

**IT IS HEREBY ORDERED** that this case is referred to the Honorable Joseph Spero to conduct a settlement conference. The parties will be contacted by Judge Spero's chambers.

DATED: August 29, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDER.05\DAMIEN RAYMOND SETT CONF.ORDER.wpd

1